# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Creedence Energy Services, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1-17-cv-197 |
| Credence Oilfield Services, LLC, ) | |
| ) | |
| Defendant. ) | |

Before the court is Plaintiff's Motion to Amend, wherein Plaintiff seeks to amend its complaint to include an additional party. (Doc. No. 17). Under D.N.D. Civ. L. R. 5.1(C), a "party filing a motion for leave of court to file pleadings must file the proffered pleading as an attachment." Here, Plaintiff has not submitted its proposed amended complaint, leaving the court to guess as to its contents. Plaintiff is direct to file a supplement to its Motion to Amend containing the proposed amended complaint on or before March 30, 2018.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court