# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Creedence Energy Services, LLC | ) |
| | ) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION** |
| | ) **TO EXTEND DISCOVERY** |
| | ) **DEADLINES** |
| vs. | ) |
| | ) |
| Credence Oilfield Services, LLC and, Brianna Lundeen | ) |
| | ) Case No. 1:17-cv-197 |
| Defendant. | ) |

Before the court is a "Stipulation to Extend Discovery Deadlines" filed August 15, 2018. The court **ADOPTS** the Stipulation (Docket No. 34) and **ORDERS**:

1. The Scheduling Order is modified to provide that the parties shall have until:

    a. September 28, 2018 to complete all fact discovery;

    b. October 5, 2018 for both parties' expert disclosures and reports;

    c. October 26, 2018 for both parties' rebuttal expert disclosures and reports;

    d. November 9, 2018 to complete all expert discovery, including depositions;

    e. November 16, 2018 to file other dispositive motions (summary judgment as to all or part of the case)

Dated this 21st day of August, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court

1