# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Creedence Energy Services, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION TO STAY** |
| | ) | |
| Credence Oilfield Services, LLC and Brianna Lundeen | ) | |
| | ) | Case No. 1:17-cv-197 |
| | ) | |
| Defendants. | ) | |

Before the court is a joint motion to stay all proceedings, filed on October 9, 2018. The parties request a stay of all proceedings until October 19, 2018, in order to continue with settlement discussions.

The motion (Doc. No. 38) is **GRANTED**. If a final settlement is not reached, and additional time to complete discovery and file dispositive motions is needed, the parties shall submit a proposed joint scheduling order for court approval by October 19, 2018.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court

1