# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Creedence Energy Services, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| Credence Oilfield Services, LLC and Brianna Lundeen, | ) |
| Defendants. | ) Case No. 1:17-cv-197 |

Before the Court is a "Joint Motion for Entry of Order of Dismissal of Action Without Prejudice and with Retained Jurisdiction," filed on October 26, 2018. See Doc. No. 40. The Court **GRANTS** the stipulation in its entirety (Doc. No. 40) and **ORDERS** that all claims in this matter be dismissed, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without prejudice and with the court retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement.

**IT IS SO ORDERED**.

Dated this 30th day of October, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court