# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Creedence Energy Services, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Credence Oilfield Services, LLC )<br>and Brianna Lundeen, )<br>)<br>Defendants. ) | **ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>Case No. 1:17-cv-197 |

Before the Court is a "Joint Motion for Leave to File Document Under Seal," filed on October 26, 2018. (Doc. No. 42). The parties seek to file their confidential Settlement Agreement under seal. The Court **GRANTS** the motion (Doc. No. 42) and **ORDERS** that orders that the parties confidential Settlement Agreement be filed under seal.

**IT IS SO ORDERED**.

Dated this 30th day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court

1